# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEAN MARC ELJWAIDI, A/K/A JAMAL ELJWAIDI,
Petitioner,
vs.
DWIGHT NEVEN, WARDEN OF CASA GRANDE TRANSITIONAL HOUSING; JAMES DZURENDA, DIRECTOR OF NEVADA DEPARTMENT OF CORRECTIONS; AND DWAYNE DEAL, DIRECTOR FOR OFFENDER MANAGEMENT DIVISION,
Respondents.

No. 74521

FILED

JAN 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of mandamus seeking an order directing respondents to admit petitioner to the 317 program for residential confinement. Petitioner argues that he qualifies for placement in the program and that he was denied without explanation.

We decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Whether petitioner is eligible for the program involves issues of fact that should be litigated in the district court in the first instance. *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 604, 637 P.2d 534, 536 (1981). Accordingly, we

ORDER the petition DENIED.

_____ Cherry, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18- 01375

cc: Law Office of Kristina Wildeveld
Attorney General/Carson City
Eighth District Court Clerk